In the Matter of the Claim of SEYMOUR M. ROWEN, Respondent, against MANUFACTURING ADVISORY BUREAU, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.